ORIGINAL

FILED
MAY 6 2008
CLOSED
U.S. COURT OF
FEDERAL CLAIMS

**U.S. District Court**
**Middle District of Florida (Orlando)**
**CIVIL DOCKET FOR CASE #: 6:07-cv-01810-PCF-DAB**
**Internal Use Only**

Central Freight Lines, Inc. v. United States Department of Defense et al
Assigned to: Chief Judge Patricia C. Fawsett
Referred to: Magistrate Judge David A. Baker
Cause: 28:1332 Diversity-Other Contract

Date Filed: 11/15/2007
Date Terminated: 03/11/2008
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

08-331 C

**Plaintiff**

**Central Freight Lines, Inc.**
*a Texas corporation*

represented by **J. W. Taylor**
Brown, Garganese, Weiss & D'Agresta, PA
111 N. Orange Ave., Suite 2000
Orlando, FL 32802-2873
407/425-9566
Fax: 407/425-9596
Email: JTaylor@orlandolaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Weiss**
Brown, Garganese, Weiss & D'Agresta, PA
111 N. Orange Ave., Suite 2000
Orlando, FL 32802-2873
407/425-9566
Fax: 407/425-9596
Email: jweiss@orlandolaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell B Haller**
Brown, Garganese, Weiss & D'Agresta, PA
111 N. Orange Ave., Suite 2000
Orlando, FL 32802-2873
407/425-9566
Fax: 407/425-9596
Email: mhaller@orlandolaw.net
*LEAD ATTORNEY*

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Defense**
*doing business as*
United States Transportation Command

represented by **Scott H. Park**
U.S. Attorney's Office
501 W. Church St., Suite 300
Orlando, FL 32805
407/648-7500
Email: scott.park@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dispatch Services, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT against United States Department of Defense, Dispatch Services, Inc. (Filing fee $ 350 receipt number 26103) filed by Central Freight Lines, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A (Part 1), # 3 Exhibit A (Part 2))(CBH) (Entered: 11/19/2007) |
| 11/15/2007 | | Summons Issued as to United States Department of Defense, Dispatch Services, Inc., U.S. Attorney and U.S. Attorney General. (CBH) (Entered: 11/19/2007) |
| 11/20/2007 | 2 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2.Response due within (11) days of the date of this Order. Signed by Chief Judge Patricia C. Fawsett on 11/20/2007. (Copy mailed to Mitchell B. Haller)(NBL) (Entered: 11/20/2007) |
| 11/20/2007 | 3 | INTERESTED PERSONS ORDER. Response due within (11) days of the date of this Order. Signed by Chief Judge Patricia C. Fawsett on 11/20/2007. (Copy mailed to Mitchell B. Haller)(NBL) (Entered: 11/20/2007) |
| 11/26/2007 | 4 | ORDER/NOTICE to Additional Counsel Not Registered for Case Management and Electronic Case Filing (CM/ECF). Attorney Mitchell B. Haller shall comply within (30) days of the date of this Order. Signed by Chief Judge Patricia C. Fawsett on 11/21/2007. (Copy mailed to Mitchell B. Haller)(NBL) (Entered: 11/26/2007) |
| 11/29/2007 | 5 | NOTICE of pendency of related cases re order of compliance to Local Rule by Central Freight Lines, Inc.. Related case(s): no (Taylor, J.) (Entered: 11/29/2007) |
| 11/29/2007 | 6 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Interested persons order by Central Freight Lines, Inc.. (Taylor, J.) (Entered: 11/29/2007) |

| | | |
|---|---|---|
| 11/30/2007 | 7 | Remark: Docket Number 6 has been reviewed. (Fawsett, Patricia) (Entered: 11/30/2007) |
| 12/05/2007 | 8 | ORDER. Within ten (10) days from the date of this Order the Plaintiff, Central Freight Lines, Inc., shall advise the Court of the actual or potential conflict of interest of the presiding judicial officers referenced in Doc. No. 6. Signed by Chief Judge Patricia C. Fawsett on 12/5/2007. (MTH) (Entered: 12/05/2007) |
| 12/07/2007 | 9 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Interested persons order *(amended)* by Central Freight Lines, Inc. identifying Corporate Parent Central Freight Lines, Inc., Corporate Parent Dispatch Services, Inc. for Central Freight Lines, Inc... (Taylor, J.) (Entered: 12/07/2007) |
| 12/07/2007 | 10 | CERTIFICATE of compliance *(certificate of no conflict of interest)* by Central Freight Lines, Inc.. (Taylor, J.) (Entered: 12/07/2007) |
| 12/10/2007 | 11 | Remark: Docket Numbers 9 and 10 have been reviewed. (Fawsett, Patricia) (Entered: 12/10/2007) |
| 01/22/2008 | 12 | Unopposed MOTION for extension of time to file answer or otherwise plead re 1 Complaint, by United States Department of Defense. (Park, Scott) (Entered: 01/22/2008) |
| 01/22/2008 | 13 | ORDER. The motion to extend time to file response to February 22, 2008 at Docket Number 12 is Granted. Signed by Chief Judge Patricia C. Fawsett on 1/22/2008. (Fawsett, Patricia) (Entered: 01/22/2008) |
| 01/22/2008 | | (Court only) **Reset deadlines for United States Department of Defense. Answer due by 2/22/2008. (CBH) (Entered: 01/27/2008) |
| 01/29/2008 | 14 | CASE MANAGEMENT REPORT. (Park, Scott) (Entered: 01/29/2008) |
| 01/29/2008 | 15 | CERTIFICATE of interested persons and corporate disclosure statement re 3 Interested persons order by United States Department of Defense. (Park, Scott) (Entered: 01/29/2008) |
| 01/29/2008 | 16 | Remark: Docket Number 15 has been reviewed. (Fawsett, Patricia) (Entered: 01/29/2008) |
| 01/31/2008 | 17 | CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Chief Judge Patricia C. Fawsett on 1/30/2008. (MTH) (Entered: 01/31/2008) |
| 02/01/2008 | | (Court only) ***Set scheduling order deadlines: Amended Pleadings due by 3/21/2008, Joinder of Parties due by 3/21/2008, Plaintiff disclosure of expert report due by 9/5/2008, Defendant disclosure of expert report due by 10/3/2008, Discovery due by 11/28/2008, Conduct mediation hearing by 12/12/2008. Lead counsel to coordinate dates. Dispositive motions due by 1/5/2009, Pretrial statement due by 3/2/2009, Bench Trial set for trial term commencing 5/4/2009 at 08:30 AM in Courtroom 3 B before Chief Judge Patricia C. Fawsett. (CBH) (Entered: 02/04/2008) |
| | | |

| | | |
|---|---|---|
| 02/11/2008 | 18 | NOTICE by Central Freight Lines, Inc. re 14 Case Management Report *Notice of Selection of Alternate Mediator* (Haller, Mitchell) (Entered: 02/11/2008) |
| 02/11/2008 | 19 | Remark: Docket Number 18 has been reviewed. The Court assumes that the mediation is to occur in Orlando, Florida from the address of the mediator given. (Fawsett, Patricia) (Entered: 02/11/2008) |
| 02/14/2008 | | (Court only) ***Motion terminated per ruling at Order 13 : 12 Unopposed MOTION for extension of time to file answer or otherwise plead re 1 Complaint, filed by United States Department of Defense. (CBH) (Entered: 02/14/2008) |
| 02/22/2008 | 20 | MOTION to Dismiss for Lack of Jurisdiction by United States Department of Defense. (Park, Scott) (Entered: 02/22/2008) |
| 02/27/2008 | 21 | Unopposed MOTION for Extension of Time to File Response/Reply as to 20 MOTION to Dismiss for Lack of Jurisdiction by Central Freight Lines, Inc.. (Haller, Mitchell) (Entered: 02/27/2008) |
| 02/29/2008 | 22 | ORDER. The Motion at Docket Number 21 for extension of time until March 10, 2008 is GRANTED. Signed by Chief Judge Patricia C. Fawsett on 2/29/2008. (Fawsett, Patricia) (Entered: 02/29/2008) |
| 02/29/2008 | | (Court only) ***Reset deadline as to 20 MOTION to Dismiss for Lack of Jurisdiction. Responses due by 3/10/2008 (CBH) (Entered: 03/02/2008) |
| 03/10/2008 | 23 | MEMORANDUM in opposition re 20 Motion to Dismiss/Lack of Jurisdiction filed by Central Freight Lines, Inc.. (Weiss, Jeffrey) (Entered: 03/10/2008) |
| 03/10/2008 | 24 | Unopposed MOTION to transfer case *U.S. Court of Claims with incorporated memorandum of law* by Central Freight Lines, Inc.. (Attachments: # 1 Exhibit A)(Weiss, Jeffrey) (Entered: 03/10/2008) |
| 03/11/2008 | 25 | ORDER granting 24 Motion to transfer case to the U.S. Court of Claims pursuant to 28 U.S.C. Section 1631. Signed by Chief Judge Patricia C. Fawsett on 3/11/2008. (Fawsett, Patricia) (Entered: 03/11/2008) |
| 03/11/2008 | 26 | TRANSFER to the District of U.S. Court of Claims (CBH) (Entered: 03/20/2008) |
| 03/25/2008 | | (Court only) ***COPIES mailed to US Court of Federal Claims (WDC) re 26 District transfer out, 25 Order on motion to transfer case (CBH) (Entered: 03/25/2008) |