# In the United States Court of Federal Claims

**NOTICE**

**CENTRAL FREIGHT LINES, INC.**

**No. 08-331C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., May 6, 2008**

To Attorney of Record, Assistant Attorney General and Judge Nancy B. Firestone:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court Middle District of Florida, (Orlando), No. 07-cv-01810, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**s/John Buckley**
**Acting Clerk of the Court**