ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CENTRAL FREIGHT LINES, INC.,**
**a Texas Corporation,**

**CASE NO: 08-331C**

FILED
MAY 16 2008
U.S. COURT OF FEDERAL CLAIMS

**Plaintiff,**

**vs.**

**UNITED STATES DEPARTMENT OF DEFENSE d/b/a UNITED STATES TRANSPORTATION COMMAND and DISPATCH SERVICES, INC.,**

**Defendants.**

______________________________/

**PLAINTIFF, CENTRAL FREIGHT LINES, INC.'S DISCLOSURE STATEMENT**

Plaintiff, CENTRAL FREIGHT LINES, INC., through its undersigned counsel, hereby files its Disclosure Statement pursuant to RCFC 7.1, as follows:

1. The name of any parent corporation and any publicly held corporation that owns 10% or more of it stock:

   **Central Freight Lines, Inc., Nevada**
   **2710 E. Old Tower Road**
   **Phoenix, AZ 85034**

Dated this 15th day of May, 2008.

JEFFREY S. WEISS, ESQUIRE
Florida Bar No. 750565
E-mail: jweiss@orlandolaw.net
J.W. TAYLOR, ESQUIRE
Florida Bar No. 120529
E-mail: jtaylor@orlandolaw.net
Brown, Garganese, Weiss, & D'Agresta P.A.
111 N. Orange Avenue, Suite 2000
Orlando, Florida 32801
Telephone: 407/425-9566
Facsimile: 407/425-9596
Attorneys for Plaintiff