IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CENTRAL FREIGHT LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-331C |
| | ) | (Judge Firestone) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including August 14, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on July 15, 2008. This is our first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who has not yet responded to our request.

A 30-day enlargement is needed to provide the defendant adequate time to properly respond to the complaint. Undersigned counsel has been defending a bid protest before this Court, Rhinocorps Ltd. v. United States, case number 08-410, which involved a hearing regarding a preliminary injunction on June 17, 2008, and we filed our initial brief on June 20, 2008. In addition, undersigned counsel was out of the office on medical leave during the week of June 23, 2008 and unexpectedly needed to undergo a minor surgical procedure on June 27, 2008. Undersigned counsel is also expected to need to travel extensively to Seattle, Washington and Portland, Oregon for depositions in

another case before this Court, Cisneros Construction, Inc. v. United States, case number 07-466.

For these reasons, defendant respectfully requests that the Court grant its motion for a 30-day enlargement of time within which to file its response to plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-7995
Fax: (202) 514-8624

July 14, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 14TH day of July, 2008, a copy of the foregoing "MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Courtney E. Sheehan