# In the United States Court of Federal Claims

**No. 08-331C**
**(Filed: July 15, 2008)**

* * * * * * * * * * * * * * * * *
*
**CENTRAL FREIGHT LINES, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**O R D E R**

Defendant's motion, filed July 14, 2008, for a 30 day enlargement of time within which to file its response to plaintiff's complaint is **GRANTED**. Accordingly, defendant shall file its response by **Thursday, August 14, 2008**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge