# In the United States Court of Federal Claims

**No. 08-331C**
**(Filed: August 27, 2008)**

* * * * * * * * * * * * * * * * *

**CENTRAL FREIGHT LINES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## O R D E R

The court hereby **SCHEDULES** a status conference for **Friday, August 29, 2008, at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (407) 425-9596; counsel for defendant at (202) 353-7995. The court will initiate the call.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge