**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CENTRAL FREIGHT LINES, INC.,** **CASE NO. 08-331C**
**a Texas Corporation,**

**Plaintiff,**

**vs.**

**UNITED STATES DEPARTMENT OF DEFENSE d/b/a UNITED STATES TRANSPORTATION COMMAND and DISPATCH SERVICES, INC.,**

**Defendants.**

______________________________________/

**PLAINTIFF, CENTRAL FREIGHT LINES, INC.'S, UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, CENTRAL FREIGHT LINES, INC., by and through its undersigned counsel, and pursuant to Rule 6.1 of the United States Court of Federal Claims respectfully requests that this Court enter an Order enlarging the time for Plaintiff's response to Defendant's Motion to Dismiss on the following grounds:

1. Defendant filed a Motion to Dismiss under certificate dated August 14, 2008, with Plaintiff's response thereto being due on or before September 12, 2008.

2. On August 26, 2008, pursuant to Rule 6.1 of this Court, counsel for Plaintiff conferred with opposing counsel, Courtney E. Sheehan, to request an enlargement of time to respond to the Motion to Dismiss.

3. Opposing counsel did not oppose Plaintiff's Motion for Enlargement of Time, and agreed to an enlargement of time of up to twenty-days for Plaintiff's response to the Motion to Dismiss.

4. While opposing counsel agreed to an enlargement of up to twenty (20) days, Plaintiff is only seeking a ten (10) day enlargement of time to respond to Defendant's Motion to Dismiss.

5. No Party will face any prejudice from an enlargement of time for Plaintiff's response to the Motion to Dismiss.

WHEREFORE, Plaintiff, CENTRAL, pursuant to RCFC 6.1, respectfully requests that this Court enter an Order enlarging the time for Plaintiff's response to Defendant's Motion to Dismiss by ten (10) days, resulting in a due date of September 22, 2008 for Plaintiff's response.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2008, I electronically filed the foregoing Plaintiff's Unopposed Motion to Enlarge Time by using the CM/ECF system, which will send notice of the filing to the following CM/ECF participant: Courtney E. Sheehan, United States Department of Justice, Trial Attorney, Commercial Litigation Branch, Civil Division, 110 L Street, Attn. Classification Unit, 8th Floor, Washington, D.C. 20530.

/s/ JEFFREY S. WEISS
JEFFREY S. WEISS, ESQUIRE
Florida Bar No. 750565
J.W. TAYLOR, ESQUIRE
Florida Bar No. 120529
Brown, Garganese, Weiss, & D'Agresta P.A.
225 East Robinson Street, Suite 660
Orlando, Florida 32801
Telephone: 407/425-9566
Telecopier: 407/425-9596
Attorneys for Plaintiff